## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

**PREPARED FOOD PHOTOS, INC.,**

         **Plaintiff,**

**v.**                                    **Case No.   6:22-cv-2005-ACC-DAB**

**CASSELBERRY PATIO BAR, INC.,**

         **Defendant.**

_____

### ORDER OF DISMISSAL

The Court has been advised by **counsel for Plaintiff** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b) M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice.   Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

**DONE** and **ORDERED** at Orlando, Florida on December 7, 2022.

ANNE C. CONWAY
United States District Judge

**COPIES FURNISHED TO:**
Counsel of Record